```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                              Case No. 17-02150-JJT
Karina Matos                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: JGoodling      Page 1 of 1           Date Rcvd: Sep 12, 2017
                        Form ID: ntnew341     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
```
db            +Karina Matos,    PO Box 402,    Effort, PA 18330-0402
4958379        Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
4925203       +Birches West POA,    c/o Wilkins Property Mgmt.,    7164 Route 209,    Stroudsburg, PA 18360-7108
4952510        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4925204        Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
4925206       +Household Bank,    Attn: Bankruptcy Department,    PO Box 5213,    Carol Stream, IL 60197-5213
4925207       +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Cen,    701 Market Street,
                 Philadelphia, PA 19106-1538
4925209       +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
4925210        Mercantile Adjustment Bureau, LLC,    165 Lawrence Bell Drive, Suite 100,
                 Williamsville, NY 14221-7900
4925213       +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
                 Weldon Spring, MO 63304-2225
4925212        Wells Fargo Bank, N.A.,    Overdraft Recovery Payment Processing,    PO Box 45038,
                 Jacksonville, FL 32232-5038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4925201        E-mail/Text: legal@arsnational.com Sep 12 2017 18:55:24     ARS National Services, Inc.,
                 PO Box 469046,    Escondido, CA 92046-9046
4925205        E-mail/Text: kthompson@crownasset.com Sep 12 2017 18:55:28     Crown Asset Management, LLC,
                 3100 Breckinridge Blvd, Suite 725,    Duluth, GA 30096-7605
4925208        E-mail/Text: bnckohlsnotices@becket-lee.com Sep 12 2017 18:55:20     Kohls,    PO Box 3043,
                 Milwaukee, WI 53201-3043
4960212        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2017 18:58:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4925736       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2017 19:03:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925211        E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2017 18:58:00     Synchrony Bank (Walmart,,
                 Old Navy, JC Penny),    Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
4947670       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2017 19:03:31     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925202       ##+Bank of America, N.A.,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
                                                                                 TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Steven R Savoia    on behalf of Debtor Karina  Matos ssavoia@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Karina Matos<br>aka Karina Lee Matos, aka Karina L Matos, aka<br>Karina Lee Arce, aka Karina L Arce, aka Karina Arce<br>Debtor(s) | Chapter<br>Case No. | 13<br>5:17−bk−02150−JJT |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: October 30, 2017<br>Time: 12:00 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: JGoodling, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 12, 2017 |