```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 17-02150-JJT
Karina Matos                                                        Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0314-5       User: DGeorge              Page 1 of 2             Date Rcvd: Dec 13, 2017
                           Form ID: ntcnfhrg          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.

```
db         +Karina Matos,    PO Box 402,    Effort, PA 18330-0402
4958379     Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
4989775    +BeckyLou Corp., d/b/a Rent-A-Center,    P.O. Box 4176,    Jim Thorpe, PA 18229-4176
4925203    +Birches West POA,    c/o Wilkins Property Mgmt.,    7164 Route 209,    Stroudsburg, PA 18360-7108
4952510     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4925204     Comenity Bank,    Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
4925206    +Household Bank,    Attn: Bankruptcy Department,    PO Box 5213,    Carol Stream, IL 60197-5213
4925207    +KML Law Group, P.C.,    Suite 5000 BNY Mellon Independence Cen,    701 Market Street,
             Philadelphia, PA 19106-1538
4925209    +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
4925210     Mercantile Adjustment Bureau, LLC,    165 Lawrence Bell Drive, Suite 100,
             Williamsville, NY 14221-7900
4925213    +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
             Weldon Spring, MO 63304-2225
4925212     Wells Fargo Bank, N.A.,    Overdraft Recovery Payment Processing,    PO Box 45038,
             Jacksonville, FL 32232-5038
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
4925201         E-mail/Text: legal@arsnational.com Dec 13 2017 18:57:52     ARS National Services, Inc.,
            PO Box 469046,    Escondido, CA 92046-9046
4925205         E-mail/Text: kthompson@crownasset.com Dec 13 2017 18:58:01     Crown Asset Management, LLC,
            3100 Breckinridge Blvd, Suite 725,    Duluth, GA 30096-7605
4925208         E-mail/Text: bnckohlsnotices@becket-lee.com Dec 13 2017 18:57:44     Kohls,   PO Box 3043,
            Milwaukee, WI 53201-3043
4960212         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 13 2017 19:00:17
             LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
             LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4969849        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 13 2017 18:58:01     MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
4973639         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:10:07
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4925736        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 13 2017 19:10:21
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925211         E-mail/PDF: gecsedi@recoverycorp.com Dec 13 2017 19:00:41     Synchrony Bank (Walmart,,
             Old Navy, JC Penny),    Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL 32896-5060
4947670        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 13 2017 19:10:22     Verizon,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925202        ##+Bank of America, N.A.,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: DGeorge              Page 2 of 2                   Date Rcvd: Dec 13, 2017
                               Form ID: ntcnfhrg          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
         James  Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
         Steven R Savoia   on behalf of Debtor 1 Karina  Matos ssavoia@ptd.net
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Karina Matos<br>aka Karina Lee Matos, aka Karina L Matos, aka Karina Lee Arce, aka Karina L Arce, aka Karina Arce<br>Debtor(s) | Chapter 13<br>Case No. 5:17−bk−02150−JJT |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **January 5, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DGeorge, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 13, 2017 |

Case 5:17-bk-02150-JJT    Doc 38   Filed 12/15/17   Entered 12/16/17 00:46:12   Desc
Imaged Certificate of Notice    Page 3 of 3