IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(Wilkes-Barre Division)

| | | |
|---|---|---|
| IN RE: KARINA MATOS, | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO. 5:17-bk-02150-JJT |
| | : | |
| BECKYLOU CORP., d/b/a Rent-A-Center, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| KARINA MATOS, Debtor, | : | |
| CHARLES J. DEHART, III (Trustee), | : | |
| | : | |
| Respondents. | : | |

**ANSWER TO MOTION FOR RELIEF FROM
AUTOMATIC STAY; AND REQUEST FOR HEARING**

  Karina Matos, Debtor, by and through her undersigned counsel, hereby submits her answer to the Motion for Relief from Automatic Stay to inform the Court that the Debtor intends to attempt to negotiate a stipulation in settlement of the instant Motion.  This answer is submitted to prevent an order granting relief from being entered on default of Debtor to answer the Motion.  Debtor reserves her right to supplement this answer with further documentation and argument, if necessary.

  WHEREFORE, the Debtor, Karina Matos, respectfully requests that the Court not enter an order granting relief and allow the hearing to be held as scheduled subject to a request by the parties to remove the matter from the hearing list because of the submission of a stipulation settling the motion.

              Respectfully submitted,

              STEVEN R. SAVOIA, Attorney at Law


            /s/ Steven R. Savoia
              Attorney ID #92253
             621 Ann Street; P.O. Box 263
            Stroudsburg, Pennsylvania  18360
           (570) 972-2060; Fax (570) 338-3499
            Attorney for Debtor, Karina Matos