UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA MATOS
AKA: KARINA L. MATOS; KARINA
LEE MATOS; KARINA ARCE;
KARINA L. ARCE; KARINA LEE
ARCE

CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-17-02150-JJT

KARINA MATOS
AKA: KARINA L. MATOS; KARINA
LEE MATOS; KARINA ARCE;
KARINA L. ARCE; KARINA LEE
ARCE

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on March 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- make the regular monthly payments to the trustee during the remaining term of the plan.

    As of March 26, 2018, the Debtor(s) is/are $1800.00 in arrears with a plan payment having last been made on Feb 07, 2018.

    In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 26, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KARINA MATOS
AKA: KARINA L. MATOS;
KARINA LEE MATOS;
KARINA ARCE; KARINA L.
ARCE; KARINA LEE ARCE

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

KARINA MATOS
AKA: KARINA L. MATOS; KARINA
LEE MATOS; KARINA ARCE;
KARINA L. ARCE; KARINA LEE
ARCE

    Respondent(s)

CHAPTER 13

CASE NO: 5-17-02150-JJT

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on March 26, 2018.

STEVEN R SAVOIA, ESQUIRE
621 ANN STREET
P.O. BOX 263
STROUDSBURG, PA 18360-

KARINA MATOS
PO BOX 402
EFFORT, PA 18330

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 26, 2018