```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02150-JJT
Karina Matos                                                    Chapter 13
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: DGeorge              Page 1 of 2              Date Rcvd: Mar 27, 2018
                               Form ID: pdf010            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2018.
```
db          +Karina Matos,    PO Box 402,    Effort, PA  18330-0402
4958379      Bank of America,    P.O. Box 31785,    Tampa, FL  33631-3785
4989775     +BeckyLou Corp., d/b/a Rent-A-Center,     P.O. Box 4176,    Jim Thorpe, PA 18229-4176
4925203     +Birches West POA,    c/o Wilkins Property Mgmt.,    7164 Route 209,    Stroudsburg, PA 18360-7108
4952510      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
4925204      Comenity Bank,    Bankruptcy Department,     PO Box 182125,    Columbus, OH  43218-2125
4925206     +Household Bank,    Attn: Bankruptcy Department,    PO Box 5213,    Carol Stream, IL 60197-5213
4925207     +KML Law Group, P.C.,    Suite 5000  BNY Mellon Independence Cen,    701 Market Street,
              Philadelphia, PA 19106-1538
4925209     +Macys,    Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
4925210      Mercantile Adjustment Bureau, LLC,     165 Lawrence Bell Drive, Suite 100,
              Williamsville, NY  14221-7900
4925213     +Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
              Weldon Spring, MO 63304-2225
4925212      Wells Fargo Bank, N.A.,    Overdraft Recovery Payment Processing,    PO Box 45038,
              Jacksonville, FL  32232-5038
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4925201         E-mail/Text: legal@arsnational.com Mar 27 2018 18:55:57     ARS National Services, Inc.,
              PO Box 469046,    Escondido, CA  92046-9046
4925205         E-mail/Text: kthompson@crownasset.com Mar 27 2018 18:56:04     Crown Asset Management, LLC,
              3100 Breckinridge Blvd, Suite 725,    Duluth, GA  30096-7605
4925208         E-mail/Text: bnckohlsnotices@becket-lee.com Mar 27 2018 18:55:54     Kohls,    PO Box 3043,
              Milwaukee, WI  53201-3043
4960212         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 27 2018 19:03:04
              LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
              LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4969849        +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2018 18:56:03     MIDLAND FUNDING LLC,
              PO Box 2011,    Warren, MI 48090-2011
4973639         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 19:16:13
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4925736        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2018 18:57:20
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925211         E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 19:03:10     Synchrony Bank (Walmart,,
              Old Navy, JC Penny),    Attn: Bankruptcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
4947670        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 27 2018 19:03:04     Verizon,
              by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4925202       ##+Bank of America, N.A.,    5401 N. Beach Street,    Fort Worth, TX 76137-2733
                                                                                  TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: DGeorge                Page 2 of 2                   Date Rcvd: Mar 27, 2018
                               Form ID: pdf010              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2018 at the address(es) listed below:

```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James Warmbrodt    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Michael S. Greek    on behalf of Creditor   BeckyLou Corp, d/b/a Rent-A-Center greeklaw@ptd.net
          Steven R Savoia    on behalf of Debtor 1 Karina  Matos ssavoia@ptd.net
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Karina Matos**<br>aka Karina L Matos<br>aka Karina Lee Matos<br>aka Karina Lee Arce<br>aka Karina Arce<br>aka Karina L Arce | Chapter: 13 |
| Debtor(s) | Case No.: 5:17-bk-02150-JJT |
| **Charles J. DeHart, III, Trustee** | |
| vs. Movant(s) | |
| **Karina Matos**<br>aka Karina L Matos<br>aka Karina Lee Matos<br>aka Karina Lee Arce<br>aka Karina Arce<br>aka Karina L Arce | |
| Respondent(s) | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: March 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)